**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO CAMACHO CORONA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ORTIZ, et al.,<br><br>　　　　　Defendants. | NO. EDCV 12-1620 ABC (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1    Consistent with the Report and Recommendation, IT IS ORDERED that
2 Judgment be entered dismissing this action without prejudice.

4    The Clerk shall serve copies of this Order on Plaintiff at his
5 current address of record.

7 DATED: **3/21/2013**

                                    _____
                                     AUDREY B. COLLINS
                                     UNITED STATES DISTRICT JUDGE