**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PEDRO CAMACHO CORONA, | ) | NO. EDCV 12-1620 ABC (SS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DR. ORTIZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 3/21/2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE